Hattie J. Church, administratrix of the estate of William Henry Breidenthal, deceased, appellee, v. Mandel Brothers, appellant. Gen. No. 24,649.

Action to recover for wrongful death by being struck by truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed February 11, 1920.

Albert S. Louer and John A. Bloomingston, for appellant; John

A. Bloomingston, of counsel. Defrees, Buckingham & Eaton and Jarvis A. Blume, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.